```
          IN THE UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION

UNITED STATES OF AMERICA,      :
                               :
          Plaintiff,           :
                               :    CRIMINAL ACTION
     vs.                       :
                               :    NO. 1:02-CR-103-01-JOF
HENRY OTTO MOREAU, III,        :
                               :
          Defendant.           :
```

### SATISFACTION OF MONETARY PORTION OF JUDGMENT

The special assessment, fine and/or restitution portion of the judgment in the above entitled case having been paid, the Clerk of the United States District Court for the Northern District of Georgia is hereby authorized and empowered to satisfy and cancel said portion of record.

                         Respectfully submitted,

                         DAVID E. NAHMIAS
                         UNITED STATES ATTORNEY

                         /s/Cynthia B. Smith
                         CYNTHIA B. SMITH
                         ASSISTANT UNITED STATES ATTORNEY
                         Georgia Bar No. 655473
                         600 United States Courthouse
                         75 Spring Street, S.W.
                         Atlanta, Georgia 30303
                         Ph.:  404-581-6350
                         Fax:  404-581-6167
                         **cynthia.smith2@usdoj.gov**

CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the within and foregoing document with the Clerk of Court using the CM/ECF system and that I have served the following non-CM/ECF participant(s) by depositing a copy of the same in the United States mail addressed as follows:

        Henry Otto Moreau, III
        1197 Tom Kyzar Road
        Morton, MI 39117

This 1st day of September, 2005.

                                      /s/Cynthia B. Smith
                                      CYNTHIA B. SMITH
                                      Assistant U.S. Attorney
                                      **cynthia.smith2@usdoj.gov**